PER CURIAM.
Affirmed. See Fla. R. Crim. P, 3.801(b); Long v. State, 529 So.2d 286 (Fla.1988); Dominguez v. State, 98 So.3d 198 (Fla. 2d DCA 2012); Guilford v. State, 88 So.3d 998 (Fla. 2d DCA,2012); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Boyd v. State, 880 So.2d 726 (Fla. 2d DCA 2004); Cook v. State, 816 So.2d 773 (Fla. 2d DCA, 2002); Anderson v. State, 779 So.2d 345 (Fla. 2d DCA 2000); Haynes v. State, .106 So.3d 481 (Fla. 5th DCA 2013); Sanchez v. State, 979 So.2d 1004 (Fla. 3d DCA 2008); Clayton v. State, 904 So.2d 660 (Fla. 5th DCA 2005); Lynch v. State, 881 So.2d 93 (Fla. 1st DCA 2004); Gutierrez v. State, 854 So.2d 218 (Fla. 3d DCA 2003); Labadie v. State, 840 So.2d 332 (Fla. 5th DCA 2003); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002); Edwards v. State, 743 So.2d 76 (Fla. 5th DCA 1999).
LaROSE, SLEET, and LUCAS, JJ., Concur.